DAYLE ELIESON
United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE R. LEONARDO,<br>        Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:18-cv-00279-CWH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from July 5, 2018 to **August 15, 2018**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Counsel had a death of a family member and is attending prayer services in the next few weeks. In addition, Counsel has over 85+ pending social security cases, which require two or more dispositive motions a week until mid-August. Due to current workload demands and upcoming leave, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Remand. Defendant makes this request in good faith with

no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 29, 2018
/s/ *Edward A. Wicklund
(*as authorized by email on June 29, 2018)
EDWARD A. WICKLUND
Attorney for Plaintiff

Dated: June 29, 2018
DAYLE ELIESON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By  /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED: Defendant shall have until August 15, 2018 to respond to plaintiff's Motion for Reversal and Remand (ECF No. 18).

DATED: July 5, 2018

HON. CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND** on the date and via the method of service identified below:

**CM/ECF:**

Edward A. Wicklund
Olinsky Law Group
300 S. State St., Ste. 420
Syracuse, NY 13202
315-701-5780
Fax: 315-701-5781
Email: twicklund@windisability.com


Hal Taylor
223 Marsh Avenue
Reno, NV 89509
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com

Attorneys for Plaintiff


Respectfully submitted this 29th day of June 2018,

                                             /s/ Tina L. Naicker
                                             TINA L. NAICKER
                                             Special Assistant United States Attorney