| | |
|---|---|
| 1 | DAYLE ELIESON |
| | United States Attorney |
| 2 | District of Nevada |
| | TINA NAICKER, CSBN 252766 |
| 3 | Special Assistant United States Attorney |
| | 160 Spear Street, Suite 800 |
| 4 | San Francisco, California 94105 |
| | Telephone: (415) 268-5611 |
| 5 | Facsimile: (415) 744-0134 |
| | E-Mail: Tina.Naicker@SSA.gov |

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE R. LEONARDO </br>     Plaintiff, </br>   v. </br> NANCY A. BERRYHILL, </br> Acting Commissioner of Social Security, </br>     Defendant. | Case No. 2:18-cv-00279-CWH </br></br> **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from August 15, 2018 to **August 29, 2018**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Counsel had another death in her family as well as a family medical emergency of an immediate family member. Counsel also has over 85+ pending social security cases, which require two or more dispositive motions a week until mid-September, a pending Ninth Circuit matter, and several non-litigation civil rights and representative misconduct matters that require prompt attention and investigation. Due to current workload demands and unanticipated leave,

- 1 -

Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Remand. Defendant makes this request in good faith with no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 15, 2018

*/s/ *Edward A. Wicklund*
(*as authorized by email on August 15, 2018)
EDWARD A. WICKLUND
Attorney for Plaintiff

Dated: August 15, 2018

DAYLE ELIESON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By  /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: August 17, 2018

_____
HON. CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND** on the date and via the method of service identified below:

**CM/ECF:**

Edward A. Wicklund
Olinsky Law Group
300 S. State St., Ste. 420
Syracuse, NY 13202
315-701-5780
Fax: 315-701-5781
Email: twicklund@windisability.com


Hal Taylor
223 Marsh Avenue
Reno, NV 89509
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com

Attorneys for Plaintiff


Respectfully submitted this 15th day of August 2018,

                                       /s/ Tina L. Naicker
                                       TINA L. NAICKER
                                       Special Assistant United States Attorney