DAYLE ELIESON
United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LESLIE R. LEONARDO,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 2:18-cv-00279-CWH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Remand be extended from August 29, 2018 to **August 30, 2018**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Following the third death in the last three months in Counsel's family and an emergency family matter of Counsel's immediate family member that required emergency stay and surgery during the same week, Counsel took some additional personal leave last week and was out of the office to recoup from the several family tragedies. Counsel also has over 85+ pending social security cases, which require two or more dispositive motions a week until mid-

- 1 -

October, as well as a pending Ninth Circuit case (due in early October) and several civil rights matters that require immediate investigation. Due to current workload demands and unanticipated leave, Counsel did not have sufficient time to finalize Defendant's response. As such, Defendant needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Remand. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but did not anticipate taking additional leave. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 29, 2018      /s/ *Edward A. Wicklund
                            (*as authorized by email on August 29, 2018)
                            EDWARD A. WICKLUND
                            Attorney for Plaintiff


Dated: August 29, 2018      DAYLE ELIESON
                            United States Attorney
                            DEBORAH LEE STACHEL
                            Regional Chief Counsel, Region IX
                            Social Security Administration

                      By    /s/ Tina L. Naicker
                            TINA L. NAICKER
                            Special Assistant U.S. Attorney
                            Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: August 30, 2018      _____
                            HON. CARL W. HOFFMAN
                            UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND** on the date and via the method of service identified below:

**CM/ECF:**

Edward A. Wicklund
Olinsky Law Group
300 S. State St., Ste. 420
Syracuse, NY 13202
315-701-5780
Fax: 315-701-5781
Email: twicklund@windisability.com


Hal Taylor
223 Marsh Avenue
Reno, NV 89509
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com

Attorneys for Plaintiff


Respectfully submitted this 29th day of August 2018,

                                                 */s/ Tina L. Naicker*
                                                 TINA L. NAICKER
                                                 Special Assistant United States Attorney